UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URBAN JUSTICE CENTER – SAFETY NET PROJECT, et al.,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

**[Proposed] Order to Show Cause**

24-CV-8221 (JGK)

---

      Upon the annexed memorandum of law; the declarations of Keegan Stephan, Ashwin Rastogi, Antonia Hayes, Bethany Hine, Damian Voorhees, Darren Laverpool, David Ludemann, Derwin Gonzalez, Eduardo Ventura, Gerald Bethel, Helen Strom, Heriberto Cruz Aragón, Isabel Penzlie, Jessica Grey, Lauren Hartman, Lee Isaacsohn, Lynn Lewis, Marc Shi, Michael Paul, Natalie Druce, Neil Kim, Orlando Mendez Montejo, and Trese Chapman; the exhibits attached to those declarations; and the other papers filed in this matter, it is hereby

      ORDERED that, on _____, 202\_ at \_\_\_\_:\_\_\_\_\_ a.m. / p.m., Defendants appear before the Honorable John G. Koeltl in Courtroom 14A of the United States Courthouse for the Southern District of New York, 500 Pearl St., New York, NY 10007, and show cause why, pursuant to Rule 65 of the Federal Rules of Civil Procedure, a preliminary injunction should not be issued against Defendants, prohibiting them from (1) conducting "cleanups" without a minimum amount of 14 days' notice as to the specific date and time of a "cleanup"; (2) seizing homeless residents' personal belongings, even if unattended, during a "cleanup"; (3) permanently depriving homeless residents of their personal belongings, even if unattended, during a "cleanup"; and (4) conducting a "cleanup" during inclement weather; and it is further

      ORDERED that, pending the hearing and determination of this motion, Defendants are

enjoined from (1) conducting "cleanups" without a minimum amount of 14 days' notice as to the specific date and time of a "cleanup"; (2) seizing homeless residents' personal belongings, even if unattended, during a "cleanup"; (3) permanently depriving homeless residents of their personal belongings, even if unattended, during a "cleanup"; and (4) conducting a "cleanup" during inclement weather; and it is further

ORDERED that the electronic service of a copy of this Order, together with the papers on which it is granted, upon Defendants, on or before _____, 202\_, shall constitute effective service; and it is further

ORDERED that at least ten days before the return date of this motion, Plaintiffs must serve Defendants with any additional supporting papers; at least five days before the return date of this motion, Defendants must serve any answering papers upon attorneys for Plaintiffs; and no later than the return date of this motion, Plaintiff shall serve Defendants any reply papers.

Dated: December 23, 2024  
       New York, New York

SO ORDERED

_____  
John G. Koeltl, U.S.D.J.