UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN JUSTICE CENTER SAFETY NET
PROJECT, ET AL.,
                Plaintiffs,

- against -

CITY OF NEW YORK, ET AL.,
                Defendants.

24-cv-8221 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with two courtesy copies of the Complaint and all the papers in support of the Proposed Order to Show Cause for a temporary restraining order and preliminary injunction, including copies of all declarations, by **10:00 a.m.** on **December 26, 2024**. The same papers should be delivered to the defendants at the same time, whether by email or hard copy, at such counsel's request.

    The Court will hold a conference on the application on **December 27, 2024,** at **3:00 p.m.** in Courtroom 14A, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Dated:    New York, New York
          December 23, 2024

                                        John G. Koeltl
                                United States District Judge