```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**URBAN JUSTICE CENTER SAFETY NET**
**PROJECT, ET AL.,**                                              **24-cv-8221 (JGK)**

              Plaintiffs,                              <u>ORDER</u>

    - against -

**CITY OF NEW YORK, ET AL.,**

              Defendants.
―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Court scheduled a conference for **Friday, December 27, 2024** at **3:00 p.m.** on the application for a temporary restraining order to determine the parties' positions on issues such as scheduling and the submission of any opposition. The Court did not schedule an evidentiary hearing for that date.

**SO ORDERED.**
**Dated:**    **New York, New York**
            **December 24, 2024**

                                                  /s/ John G. Koeltl
                                                   John G. Koeltl
                                        United States District Judge