```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

URBAN JUSTICE CENTER SAFETY NET
PROJECT, ET AL.,
                    Plaintiffs,                 24-cv-8221 (JGK)

        - against -                             ORDER

CITY OF NEW YORK, ET AL.,
                    Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

   The Court has signed the parties' Stipulation.

   The parties should advise the Court by **January 6, 2025**, whether they believe that the assistance of the Court for purposes of reaching a resolution of this action would be useful. If so, the Court will ask a colleague to conduct such discussions.

SO ORDERED.
Dated:   New York, New York
         December 31, 2024

                                         /s/ John G. Koeltl
                                    _____
                                         John G. Koeltl
                                    United States District Judge