UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URBAN JUSTICE CENTER – SAFETY NET PROJECT, et al.,

        Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

        Defendants.

[Proposed] Order

24-CV-8221 (JGK)

---

The parties stipulate to the following, to be so-ordered by the Court:

1. Defendants[1] will submit their opposition to Plaintiffs' motion for a preliminary injunction on or before February 14, 2025.

2. Plaintiffs and Defendants will submit a joint status report to the Court on the nature and timing of any hearing on Plaintiffs' preliminary injunction application on or before February 21, 2025.

3. Plaintiffs will submit their reply, if any, on or before March 7, 2025.

4. The briefing schedule set out in this Order supersedes the briefing schedule stipulated to by Plaintiffs and City Defendants and set out in paragraphs 9 and 10 of the Order dated December 31, 2024 (Dkt. No. 71.)

Dated: January 17, 2025
      New York, New York

---

[1] The Defendants include the City Defendants and State Defendants, as defined in the Order dated December 31, 2024 (Dkt. No. 71.)

1

| | |
|---|---|
| URBAN JUSTICE CENTER – SAFETY NET PROJECT | MURIEL GOODE-TRUFANT CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>Attorney for Defendants City of New York and New York City Economic Development Corporation |

_____
Natalie Druce
Marika Dias
40 Rector St, 9th Floor
New York, NY 10006
P: (646) 923.8316
E: ndruce@urbanjustice.org

_Kerri A. Devine_ /s/_____
Kerri A. Devine
Assistant Corporation Counsel
100 Church Street, Room 5-175
New York, New York
(212) 356-2241
Kdevine@law.nyc.gov

NATIONAL HOMELESSNESS LAW CENTER

_____
Siya U. Hegde
1400 16th Street NW, Suite 425
Washington, DC 20036
P: (202) 638-2535, Ext. 105
E: shegde@homelesslaw.org

LETITIA JAMES
ATTORNEY GENERAL
STATE OF NEW YORK
Attorney for the State Defendants

/s/ Robert Arnay (with permission)
Robert Arnay
Alice Goldenberg
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-8610 (Litigation Bureau)
Robert.Arnay@ag.ny.gov
Alice.Goldenberg.ag.ny.gov

BELDOCK LEVINE & HOFFMAN, LLP

_____
Keegan Stephan
Luna Droubi
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5820
F: (212) 277-5880
E: kstephan@blhny.com
*Attorneys for Plaintiffs*

Dated: January 20, 2025
New York, New York

SO ORDERED

_____
John G. Koeltl, U.S.D.J.