UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URBAN JUSTICE CENTER – SAFETY NET PROJECT, et al.,

                         Plaintiffs,

    -against-

THE CITY OF NEW YORK, et al.,

                         Defendants.

**[Proposed] Order**

24-CV-8221 (JGK)

---

The parties stipulate to the following, to be so-ordered by the Court:

1.    Defendants will submit their opposition to Plaintiffs' motion for a preliminary injunction on or before March 11, 2025.

2.    Plaintiffs will submit their reply, if any, on or before April 1, 2025.

3.    Plaintiffs and Defendants will submit a joint status report to the Court on the nature and timing of any hearing on Plaintiffs' preliminary injunction application on or before April 8, 2025.

4.    The briefing schedule set out in this Order supersedes the briefing schedule stipulated to by Plaintiffs and Defendants and set out in paragraphs 1-3 of the Order dated January 17, 2025 (Dkt. Nos. 78, 79).

Dated: January 29, 2025
       New York, New York

1

URBAN JUSTICE CENTER – SAFETY
NET PROJECT

*[signature]*

Natalie Druce
Marika Dias
40 Rector St, 9th Floor
New York, NY 10006
P: (646) 923.8316
E: ndruce@urbanjustice.org

NATIONAL HOMELESSNESS LAW
CENTER

*[signature]*

Siya U. Hegde
1400 16th Street NW, Suite 425
Washington, DC 20036
P: (202) 638-2535, Ext. 105
E: shegde@homelesslaw.org

BELDOCK LEVINE & HOFFMAN, LLP

*[signature]*

Keegan Stephan
Luna Droubi
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5820
F: (212) 277-5880
E: kstephan@blhny.com
*Attorneys for Plaintiffs*

MURIEL GOODE-TRUFANT
CORPORATION COUNSEL OF THE CITY
OF NEW YORK
Attorney for Defendants City of New York
and New York City Economic Development
Corporation

_Kerri A. Devine_ /s/_____
Kerri A. Devine
Assistant Corporation Counsel
100 Church Street, Room 5-175
New York, New York
(212) 356-2241
Kdevine@law.nyc.gov

LETITIA JAMES
ATTORNEY GENERAL
STATE OF NEW YORK
Attorney for the State Defendants

__/s/ *Robert Arnay (with permission)*___
Robert Arnay
Alice Goldenberg
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-8610 (Litigation Bureau)
Robert.Arnay@ag.ny.gov
Alice.Goldenberg@ag.ny.gov

2

| Dated: January 30, 2025<br>New York, New York | SO ORDERED<br><br>_____<br>John G. Koeltl, U.S.D.J. |
|---|---|

3