UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URBAN JUSTICE CENTER – SAFETY NET PROJECT, et al.,<br><br>           Plaintiffs,<br><br>  -against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>           Defendants. | ~~[Proposed]~~ Order<br><br>24-CV-8221 (JGK) |

The parties stipulate to the following, to be so-ordered by the Court:

1. Defendants will submit their opposition to Plaintiffs' motion for a preliminary injunction on or before April 22, 2025.

2. Plaintiffs will submit their reply, if any, on or before May 13, 2025.

3. Plaintiffs and Defendants will submit a joint status report to the Court on the nature and timing of any hearing on Plaintiffs' preliminary injunction application on or before May 20, 2025.

4. The briefing schedule set out in this Order supersedes the briefing schedule stipulated to by Plaintiffs and Defendants and set out in paragraphs 1-3 of the Order dated January 30, 2025 (Dkt. No. 87).

5. In the event Plaintiffs' motion for a preliminary injunction is not resolved by April 30, 2025, Plaintiffs and City Defendants agree that the terms stipulated to by those parties and set out in paragraphs 1-7 of the Order dated December 31, 2024 (Dkt. No. 71) will remain in effect through June 30, 2025 or until modified by a subsequent Order of this Court, subject to any further extensions agreed upon between Plaintiffs and City Defendants.

Dated: February 20, 2025
New York, New York

| | |
|---|---|
| URBAN JUSTICE CENTER – SAFETY NET PROJECT | MURIEL GOODE-TRUFANT CORPORATION COUNSEL OF THE CITY OF NEW YORK |
| | Attorney for Defendants City of New York and New York City Economic Development Corporation |

*/s/*

Natalie Druce
Marika Dias
40 Rector St, 9th Floor
New York, NY 10006
P: (646) 923.8316
E: ndruce@urbanjustice.org

_Kerri A. Devine_ /s/_____
Kerri A. Devine
Assistant Corporation Counsel
100 Church Street, Room 5-175
New York, New York
(212) 356-2241
Kdevine@law.nyc.gov

NATIONAL HOMELESSNESS LAW CENTER

LETITIA JAMES
ATTORNEY GENERAL
STATE OF NEW YORK
Attorney for the State Defendants

*/s/*

Siya U. Hegde
1400 16th Street NW, Suite 425
Washington, DC 20036
P: (202) 638-2535, Ext. 105
E: shegde@homelesslaw.org

*/s/ Robert Arnay (with permission)*_____
Robert Arnay
Alice Goldenberg
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-8610 (Litigation Bureau)
Robert.Arnay@ag.ny.gov
Alice.Goldenberg@ag.ny.gov

BELDOCK LEVINE & HOFFMAN, LLP

*/s/*

Keegan Stephan
Luna Droubi
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5820
F: (212) 277-5880
E: kstephan@blhny.com

*Attorneys for Plaintiffs*

Dated: February 21, 2025
      New York, New York

SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.