UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN JUSTICE CENTER – SAFETY NET PROJECT, et al.,

Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

[Proposed] Order

24-CV-8221 (JGK)

The parties stipulate to the following, to be so-ordered by the Court:

1. Defendants will submit their opposition to Plaintiffs' motion for a preliminary injunction on or before May 20, 2025.

2. Plaintiffs will submit their reply, if any, on or before June 10, 2025.

3. Plaintiffs and Defendants will submit a joint status report to the Court on the nature and timing of any hearing on Plaintiffs' preliminary injunction application on or before June 17, 2025.

4. The briefing schedule set out in this Order supersedes the briefing schedule stipulated to by Plaintiffs and Defendants and set out in paragraphs 1-3 of the Order dated February 21, 2025 (Dkt. No. 93).

Dated: March 26, 2025
New York, New York

URBAN JUSTICE CENTER – SAFETY
NET PROJECT

MURIEL GOODE-TRUFANT
CORPORATION COUNSEL OF THE CITY
OF NEW YORK
Attorney for City Defendants

1

Natalie Druce
Marika Dias
40 Rector St, 9th Floor
New York, NY 10006
P: (646) 923.8316
E: ndruce@urbanjustice.org

NATIONAL HOMELESSNESS LAW CENTER

*[signature]*

Siya U. Hegde
1400 16th Street NW, Suite 425
Washington, DC 20036
P: (202) 638-2535, Ext. 105
E: shegde@homelesslaw.org

BELDOCK LEVINE & HOFFMAN, LLP

*[signature]*

Keegan Stephan
Luna Droubi
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5820
F: (212) 277-5880
E: kstephan@blhny.com

*Attorneys for Plaintiffs*

Dated: March ___, 2025
    New York, New York

_Kerri A. Devine_ /s/
Kerri A. Devine
Assistant Corporation Counsel
100 Church Street, Room 5-175
New York, New York
(212) 356-2241
Kdevine@law.nyc.gov

LETITIA JAMES
ATTORNEY GENERAL
STATE OF NEW YORK
Attorney for the State Defendants

/s/ Robert Arnay (with permission)
Robert Arnay
Alice Goldenberg
Assistant Attorneys General
28 Liberty Street
New York, New York 10005
(212) 416-8610 (Litigation Bureau)
Robert.Arnay@ag.ny.gov
Alice.Goldenberg@ag.ny.gov

SO ORDERED

*[signature]*
3/27/25
John G. Koeltl, U.S.D.J.

2