UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URBAN JUSTICE CENTER – SAFETY NET PROJECT, et al.,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

[Proposed] Order

24-CV-8221 (JGK)

---

The parties stipulate to the following, to be so-ordered by the Court:

1. Defendants will submit their opposition to Plaintiffs' motion for a preliminary injunction on or before July 8, 2025.

2. Plaintiffs will submit their reply, if any, on or before July 29, 2025.

3. Plaintiffs and Defendants will submit a joint status report to the Court on the nature and timing of any hearing on Plaintiffs' preliminary injunction application on or before August 5, 2025.

4. The briefing schedule set out in this Order supersedes the briefing schedule stipulated to by Plaintiffs and Defendants and set out in paragraphs 1-3 of the Order dated March 27, 2025 (Dkt. No. 101).

5. In the event Plaintiffs' motion for a preliminary injunction is not resolved by June 30, 2025, Plaintiffs and City Defendants agree that the terms stipulated to by those parties and set out in paragraphs 1-7 of the Order dated December 31, 2024 (Dkt. No. 71) will remain in effect through August 31, 2025 or until modified by a subsequent Order of this Court, subject to any further extensions agreed upon between Plaintiffs and City Defendants.

1

Dated: May 20, 2025
New York, New York

| | |
|---|---|
| URBAN JUSTICE CENTER – SAFETY NET PROJECT | MURIEL GOODE-TRUFANT CORPORATION COUNSEL OF THE CITY OF NEW YORK<br>Attorney for City Defendants |

/s/ Natalie Druce

Natalie Druce
Marika Dias
40 Rector St, 9th Floor
New York, NY 10006
P: (646) 923.8316
E: ndruce@urbanjustice.org

_Kerri A. Devine_ /s/

Kerri A. Devine
Assistant Corporation Counsel
100 Church Street, Room 5-175
New York, New York
(212) 356-2241
Kdevine@law.nyc.gov

NATIONAL HOMELESSNESS LAW CENTER

/s/ Siya U. Hegde

Siya U. Hegde
1400 16th Street NW, Suite 425
Washington, DC 20036
P: (202) 638-2535, Ext. 105
E: shegde@homelesslaw.org

LETITIA JAMES
New York State Attorney General
*Attorney for the State Defendant*

/s/ Linda Fang

Linda Fang
Special Litigation Counsel
28 Liberty Street
New York, New York 10005
(212) 416-8580
Linda.Fang@ag.ny.gov

BELDOCK LEVINE & HOFFMAN, LLP

/s/

Keegan Stephan
Luna Droubi
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5820
F: (212) 277-5880
E: kstephan@blhny.com

*Attorneys for Plaintiffs*

2

Dated: May 21, 2025  
      New York, New York

SO ORDERED

/s/ John G. Koeltl
_____
John G. Koeltl, U.S.D.J.

3