**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**URBAN JUSTICE CENTER SAFETY NET**
**PROJECT, ET AL.,**                              **24-cv-8221 (JGK)**
                    Plaintiffs,
                                                  <u>**ORDER**</u>
    - against -

**CITY OF NEW YORK, ET AL.,**
                    Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

   The parties are directed to appear, by phone, for a conference on **Thursday, June 5, 2025,** at **3:30 p.m.**

   Dial-in: 646-453-442, with access code 675 278 33#.


**SO ORDERED.**
**Dated:   New York, New York**
          **May 23, 2025**

                                    <u>    /s/ John G. Koeltl    </u>
                                         John G. Koeltl
                                    **United States District Judge**