UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URBAN JUSTICE CENTER SAFETY NET
PROJECT, ET AL.,
                Plaintiffs,

- against -

CITY OF NEW YORK, ET AL.,
                Defendants.

24-cv-8221 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs should serve a new motion for a preliminary injunction by **August 13, 2025**. The City Defendants should respond by **September 15, 2025**. The plaintiffs should reply by **September 30, 2025**.

The parties' current temporary restraining order shall remain in effect until resolution of the motion for a preliminary injunction.

The December 23, 2024 motion for a preliminary injunction, see ECF No. 59, is **denied without prejudice as moot**. The Clerk is respectfully directed to close ECF No. 59.

SO ORDERED.
Dated:    New York, New York
           July 7, 2025

                                          _____
                                          John G. Koeltl
                                  United States District Judge