# BELDOCK LEVINE & HOFFMAN LLP

## 99 PARK AVENUE, PH/26ᵀᴴ FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

August 8, 2025

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:   8605.01

WRITER'S DIRECT CONTACT:
(212) 277-5820
kstephan@blhny.com

**VIA ECF**

Hon. John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Suite 1330
New York, NY 10007

```
Application Granted. SO ORDERED.

Dated:   August 11, 2025              /s/ John G. Koeltl
         New York, New York      John G. Koeltl, U.S.D.J.
```

Re:    *Urban Justice Center – Safety Net Project v. City of New York*, 24-CV-8221
       **Extension Request**

Dear Judge Koeltl:

I represent Plaintiffs in the above-captioned matter and I write on behalf of Plaintiffs and the City Defendants to request an extension of the briefing schedule on Plaintiffs' contemplated motion for a preliminary injunction.

As the Court is aware, Plaintiffs originally filed a motion for a temporary restraining order and preliminary injunction in December 2024, challenging numerous aspects of the City's homeless sweeps policy and practice. Plaintiffs and the City Defendants were able to stipulate to a resolution of the motion for a temporary restraining order and set a briefing schedule for a response and reply to Plaintiffs' initial motion for a preliminary injunction.

After months of negotiation, Plaintiffs and the City Defendants were able to reach an agreement in principle on all but one of the practices at issue in the initial motion for a preliminary injunction. Accordingly, Plaintiffs withdrew their initial motion and Plaintiffs and the City Defendants requested a briefing schedule on the single remaining issue, which the Court so-ordered.

Now, Plaintiffs and the City Defendants believe they are on the verge of resolving that outstanding issue and have a tentative agreement in principle. Out of an abundance of caution, and to ensure that we have time to finalize the relevant language, Plaintiffs and the City Defendants

BELDOCK LEVINE & HOFFMAN LLP

Judge Koeltl
August 8, 2025
Page 2

request a two-week extension of time on the current briefing schedule. The current briefing schedule requires the Plaintiffs to serve a new motion for a preliminary injunction by August 13, 2025; City Defendants would respond by September 15, 2025; and Plaintiffs would reply by September 30, 2025.

If the Court grants this request, the new deadlines would be as follows:

- Plaintiffs shall serve a new motion for a preliminary injunction on or before August 27, 2025;

- The City Defendants shall serve their opposition on or before September 29, , 2025; and

- Plaintiffs shall serve their reply on or before October 14, 2025.

We previously requested several extensions to the briefing schedule associated with our original motion for a preliminary injunction; those requests were granted. This is Plaintiffs' and the City Defendants' first request for an extension of time to file the present motion. Plaintiffs and the City Defendants jointly request this extension, and the State Defendants do not object.

Plaintiffs and the City Defendants sincerely thank the Court for its attention to this matter.

Sincerely,

Keegan Stephan