UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
URBAN JUSTICE CENTER SAFETY NET PROJECT, et al,
                Plaintiff(s)

24 civ 8221 (JGK)

     -against-

CITY OF NEW YORK, et al.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for Monday, November 24, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                    **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 19, 2025