Safety Net Project

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

1/23/26                    January 23, 2026

**By ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Urban Justice Center Safety Net Project et al. v. City of New York et al.,*
       **No. 24-cv-8221 (JGK)**

Dear Judge Koeltl:

Along with co-counsel, my office represents the plaintiffs in the above-captioned matter. I write jointly on behalf of plaintiffs and defendant Marie Therese Dominguez, Commissioner of the New York State Department of Transportation ("State Defendant"), who is sued in her official and individual capacities in this action.

As the Court is aware, the State Defendant's time to respond to the amended complaint is currently stayed. ECF No. 148. Since the July 31, 2025 pre-motion conference with the Court, plaintiffs and the State Defendant have been engaged in exploring a potential non-litigated resolution: the parties have exchanged information and documents, the plaintiffs have provided the State Defendant with a written proposal, and the parties have had a number of substantive discussions. On January 22, 2026, plaintiffs provided the State Defendant with draft settlement terms that will serve as a foundation for further discussion.

To this end, and in the interests of promoting judicial economy and conserving party resources, the parties jointly request a continuing stay of the State Defendant's time to respond to the amended complaint and a corresponding stay of litigation as to the State Defendant. The State Defendant and plaintiffs propose submitting a letter to the Court by March 24, 2026 reporting on the status of their discussions and whether a further stay may be warranted under the circumstances at that time. The City Defendants have no objection to this request.

Thank you for your time and consideration in these matters.

Estee M. Konor
Homelessness Litigation Supervising Attorney
Urban Justice Center – Safety Net Project
40 Rector Street, 9th Floor
New York, NY 10006
(646) 677-8679
ekonor@urbanjustice.org