

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

March 24, 2026

*Application granted.*
*Stay against the State Defendants*
*continued through May 26, 2026.*
*So Ordered.*
*[signature] / U.S.D.J*
*3/25/26*

**By ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Urban Justice Center Safety Net Project et al. v. City of New York et al.,*
       No. 24-cv-8221 (JGK)

Dear Judge Koeltl:

I write jointly on behalf of plaintiffs and defendant Marie Therese Dominguez, Commissioner of the New York State Department of Transportation ("State Defendant"), who is sued in her official and individual capacities in this action.

As the Court is aware, the State Defendant's time to respond to the amended complaint is currently stayed. ECF No. 135. On November 17, 2025, the Court granted plaintiffs' and the State Defendant's joint request for a stay of the litigation as against the State Defendant through March 24, 2026 to allow the parties to explore settlement. ECF No. 148.

Over the past months, plaintiffs and the State Defendant have exchanged written proposals, and now jointly request a continued stay for a further sixty (60) days—through May 26, 2026—so the parties can continue their discussions to determine whether a potential resolution may be reached in lieu of litigation. The City Defendants have no objection to this request.

Thank you for your time and consideration.

Respectfully submitted,
/s/
LINDA FANG
Special Litigation Counsel
(212) 416-8580