

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

May 22, 2026

**By ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

_John G. Koeltl, U.S.D.J._    **5/22/2026**

Re:    *Urban Justice Center Safety Net Project et al. v. City of New York et al.,*
No. 24-cv-8221 (JGK)

Dear Judge Koeltl:

I write jointly on behalf of plaintiffs and defendant Marie Therese Dominguez, Commissioner of the New York State Department of Transportation ("State Defendant"), who is sued in her official and individual capacities in this action.

As the Court is aware, the State Defendant's time to respond to the amended complaint is currently stayed. ECF No. 135. On March 25, 2026, the Court granted plaintiffs' and the State Defendant's joint request for a stay of the litigation as against the State Defendant through May 26, 2026 to allow the parties to explore settlement. ECF No. 148.

Plaintiffs and the State Defendant have exchanged written proposals and are continuing to discuss proposals for settlement, and now jointly request a continued stay for a further thirty (30) days—through June 25, 2026—so the parties can conclude their discussions to determine whether a potential resolution may be reached in lieu of litigation. The City Defendants have no objection to this request.

Thank you for your time and consideration.

Respectfully submitted,
/s/
LINDA FANG
Special Litigation Counsel
(212) 416-8580