URBAN JUSTICE CENTER | Safety Net Project

September 25, 2026

**By ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Case stayed against the State Defendants until November 24, 2026. So ordered.
John G. Koeltl
U.S.D.J.
9/26/26

**Re:** ***Urban Justice Center Safety Net Project et al. v. City of New York et al.***, **No. 24-cv-8221 (JGK)**

Dear Judge Koeltl:

Along with co-counsel, my office represents the plaintiffs in the above-captioned matter. I write jointly on behalf of plaintiffs and defendant Marie Therese Dominguez, Commissioner of the New York State Department of Transportation ("State Defendant"), who is sued in her official and individual capacities in this action.

As the Court is aware, the State Defendant's time to respond to the amended complaint is currently stayed. On July 27, 2026, the Court granted plaintiffs' and the State Defendant's joint request for a stay of the litigation as against the State Defendant through September 25, 2026 to allow the parties to explore settlement. ECF No. 162.

Plaintiffs and the State Defendant have exchanged written proposals and are in the process of discussing the details of those proposals, and now jointly request a continued stay for a further sixty (60) days — through November 24, 2026 — so the parties can continue their discussions to determine whether a potential resolution may be reached in lieu of litigation. The City Defendants have no objection to this request.

40 Rector St, 9th Fl, New York, NY 10006
Tel: 646.602.5600 | Fax: 212.533.4598
urbanjustice.org | @urbanjustice

Thank you for your time and consideration in these matters.

Estee M. Konor
Homelessness Litigation Supervising Attorney
Urban Justice Center – Safety Net Project
40 Rector Street, 9th Floor
New York, NY 10006
(646) 677-8679
ekonor@urbanjustice.org